IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff-Respondent,**

**v.**                                     **CR 02-0154 JC/LAM**

**SUSANNA FORD,**

      **Defendant-Movant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 64)*

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (hereinafter, "PF&RD")(*Doc. 64)*, filed on December 19, 2008.  No party has filed objections to the PF&RD and the deadline for filing objections has passed.  The Court has determined that it will adopt the PF&RD and deny Susanna Ford's Motion for Certificate of Innocence (*Doc. 42)*.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 64)* are **ADOPTED** and Susanna Ford's Motion for Certificate of Innocence (*Doc. 42*)I is **DENIED**.

**IT IS SO ORDERED**.

                                                  s/John Edwards Conway

                                                  _____
                                                  **JOHN EDWARDS CONWAY**
                                                  **Senior United States District Judge**